■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH HALL, Appellant. [37 NYS3d 713]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Freehill, J.), imposed February 6, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Davis*, 141 AD3d 675 [2016]). Eng, P.J., Balkin, Dickerson, Hinds-Radix and Barros, JJ., concur.